HOMESTEAD CO-OP. BUILDING & LOAN ASS'N, Appellant, v. ARNOLD, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1901.) Action by the Homestead Co-operative Building & Loan Association against William H. Arnold.

PER CURIAM. The case is without proof connecting the plaintiff with the subject-matter

of the action, either as owner of the rented premises or as being entitled in any other way to the rents and profits. The judgment dismissing the complaint must therefore be affirmed, with costs.